UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                          Case Number: 10-49773 GMB

Debtor: Gloria A. Sembritzki

| Check Number | Creditor | Amount |
|---|---|---|
| 1861486 | Thomas Coholan | 2192.58 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   October 10, 2014