UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                             Case Number: 10-49773 GMB

Debtor: Gloria A. Sembritzki

| Check Number | Creditor | Amount |
|---|---|---|
| 1885059 | Thomas Coholan | 974.48 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 12, 2015